UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

TERRELL JENKINS,

                Petitioner,

    -against-

WARDEN,

                Respondent.

21-CV-10244 (LTS)

ORDER OF DISMISSAL

---

LAURA TAYLOR SWAIN, Chief United States District Judge:

    By order dated December 2, 2021, the Court directed Petitioner, within thirty days, to submit a completed request to proceed in forma pauperis ("IFP application") or pay the $5.00 in fees required to file a *habeas corpus* petition in this Court. That order specified that failure to comply would result in dismissal of the complaint. Petitioner has not filed an IFP application or paid the fee. Accordingly, the *habeas corpus* petition is dismissed without prejudice. *See* 28 U.S.C. §§ 1914, 1915.

    The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from this order would not be taken in good faith, and therefore IFP status is denied for the purpose of an appeal. *Cf. Coppedge v. United States*, 369 U.S. 438, 444-45 (1962) (holding that an appellant demonstrates good faith when he seeks review of a nonfrivolous issue).

    The Clerk of Court is directed to mail a copy of this order to Petitioner and note service on the docket.

SO ORDERED.

Dated:   February 7, 2022
           New York, New York

                                          /s/ Laura Taylor Swain
                                            LAURA TAYLOR SWAIN
                                       Chief United States District Judge